**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

FIRST Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Allyson Bratstein Ross                    CASE NO.: 16-10429-BKC-JKO
Last Four Digits of SS#: 2279                     Filed: 1/12/2016

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors prorata under the plan:

      A.    $770.00 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee and Costs - $3,500.00 (Base Chapter 13 Fee & administrative costs)
                      Amount Paid-(Pre-petition) ($ 0.00)
                      Balance Due Though Plan $3,500.00 payable $700.00/month (Months 1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: NONE

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

Unsecured Creditors: Pay $0.00/month (Months 1 to 5)
                     Pay $700.00/month (Months 6 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtor will pay the first mortgage payments on her homestead property located at 11900 Winged Foot Terrace in Coral Springs, FL 33071 to Bank Of America (account no.: 8319) direct and outside of the Plan.

2. The Debtor will pay the home equity line of credit payments on her homestead property located at 11900 Winged Foot Terrace in Coral Springs, FL 33071 to Bank Of America (account no.: 4899) direct and outside of the Plan.

3. The Debtor will pay the homeowners association dues on her homestead property located at 11900 Winged Foot Terrace in Coral Springs, FL 33071 to Eagle Trace Community Association, Inc. (account no.: 0070) direct and outside of the Plan.

4. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15 during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

                /s/
Debtor: _____
        Allyson Bratstein Ross

Date: _____

LF-31(rev. 1/08/10)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                       CASE NO.: 16-10429-JKO
                                             CHAPTER 13
ALLYSON BRATSTEIN ROSS

Debtor
_____/

### CERTIFICATE OF SERVICE OF THE FIRST AMENDED PLAN

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by first-class, U.S. mail or via the CM/ECF system of the United States Bankruptcy Court to the parties on the attached matrix, this 3RD day of June, 2016.

**BARRY S. MITTELBERG, P.A.**
1700 N. University Drive, #300
Coral Springs, FL  33071
(954) 752-1213
(954) 752-5299 fax
Email: barry@mittelberglaw.com

By:  /s/ Barry S. Mittelberg
_____
Barry S. Mittelberg, Esq.
Florida Bar No.: 396567

I HEREBY CERTIFY that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910 (d) (1) & (2).

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 16-10429-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Jun  3 09:14:35 EDT 2016 | Bank of America, N.A.<br>c/o Michelle Garcia Gilbert<br>2005 Pan Am Circle, Suite 110<br>Tampa, FL 33607-2380 | Bank of America, N.A., its assignees and/or<br>c/o Prober & Raphael, A Law Corp.<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 |
| Eagle Trace Community Association, Inc.<br>Frank, Weinberg & Black, P.L.<br>c/o Michael R. Kassower, Esq<br>7805 SW 6th Court<br>Plantation, FL 33324-3203 | AT&T<br>POB 105503<br>Atlanta, GA 30348-5503 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Amex<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Amex<br>POB 981537<br>El Paso, TX 79998-1537 | Bank Of America<br>4909 Savarese Cir.<br>Tampa, FL 33634-2413 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P.O. Box 31785<br>Tampa FL 33631-3785 | Best Buy<br>POB 5238<br>Carol Stream, IL 60197-5238 |
| Bloomingdales<br>POB 8218<br>Mason, OH 45040-8218 | CACH, LLC<br>PO BOX 5980<br>DENVER, CO 80217-5980 | Cach LLC<br>Attention:  Bankruptcy Department<br>4340 South Monaco St., FL 2<br>Denver, CO 80237-3485 |
| Capital 1/Best Buy<br>1405 Foulk Road<br>Wilmington, DE 19803-2769 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One, N.A.<br>POB 30273<br>Salt Lake City, UT 84130-0273 |
| Chase Card<br>POB 15298<br>Wilmington, DE 19850-5298 | Citi<br>701 E. 60th St N.<br>Sioux Falls, SD 57104-0493 | Comenity Bank/Express<br>POB 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/New York & Co.<br>220 W. Schrock Rd.<br>Westerville, OH 43081-2873 | Comenity Bank/Victorias Secret<br>POB 182789<br>Columbus, OH 43218-2789 | Delbert Services<br>Rodney Square N 1100 N M<br>Wilmington, DE 18901 |
| Dept Of Education/Navient<br>POB 9635<br>Wilkes Barre, PA 18773-9635 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Diversified Consultant<br>POB 551268<br>Jacksonville, FL 32255-1268 | Eagle Trace Community Association SA<br>1000 Eagle Trace Blvd., West<br>Coral Springs, FL 33071-7831 | Eagle Trace Community Association, Inc.<br>1000 Eagle Trace Blvd., West<br>Coral Springs, FL 33071-7831 |

| | | |
|---|---|---|
| Hyundai Capital America<br>4000 Macarthur Blvd.<br>Newport Beach, CA 92660-2558 | IRS<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 | Infiniti Financial<br>POB 660360<br>Dallas, TX 75266-0360 |
| Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Lexus Financial Service<br>12735 Morris Road Ext<br>Alpharetta, GA 30004-8904 | Macy's Visa<br>9111 Duke Blvd.<br>Mason, OH 45040-8999 |
| Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Main Street Acquistion Corp.<br>Assignee of Discover Bank<br>c/o Stanley B. Erskine, Esq.<br>1351 Sawgrass Corporate Parkway #10<br>Fort Lauderdale, FL 33323-2831 | Mb Financial Services<br>36455 Corporate Dr.<br>Farmington Hills, MI 48331-3552 |
| Navient Solutions, Inc. Department of Educat<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Nissan-Infiniti LT<br>PO Box 660366 Dallas  TX 75266-0366 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| RR Donnelley & Sons Company<br>c/o Markowitz, Ringel, Trusty & Hartog,<br>9130 South Dadeland Blvd.<br>Two Datran Center, #1800<br>Miami, FL 33156 | Sears<br>POB 6189<br>Sioux Falls, SD 57117-6189 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 |
| Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Steven A. Weinberg, Esq.<br>Black Weinberg Black, P.L.<br>7805 SW 6 Ct.<br>Plantation, FL 33324-3203 |
| Syncb/Ashley Furniture<br>POB 965036<br>Orlando, FL 32896-5036 | Syncb/JCPenney<br>POB 965007<br>Orlando, FL 32896-5007 | Syncb/Lenscrafters<br>POB 965036<br>Orlando, FL 32896-5036 |
| Syncb/Lord & Taylor<br>POB 965015<br>Orlando, FL 32896-5015 | Syncb/Old Navy<br>POB 965005<br>Orlando, FL 32896-5005 | Vanguard Printing, LLC<br>c/o Steven J. Gutter, P.A.<br>21301 Powerline Rd., #100<br>Boca Raton, FL 33433-2389 |
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>c/o Brock & Scott, PLLC<br>1315 Westbrook Plaza Dr.<br>Winston Salem, NC 27103-1357 | Allyson Bratstein Ross<br>11900 Winged Foot Terr.<br>Coral Springs, FL 33071-7815 |
| Barry S. Mittelberg<br>1700 N University Dr #300<br>Coral Springs, FL 33071-8970 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
1235 Old Alpharetta Rd.
Alpharetta, GA 30005

Bank of America
POB 982238
El Paso, TX 79998

Discover Financial Services
POB 15316
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Amex
9111 Duke Blvd.
Mason, OH 45040-8999

End of Label Matrix
Mailable recipients    58
Bypassed recipients     1
Total                  59