UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

■ __4th__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Allyson Bratstein Ross
Last Four Digits of SS#: 2279

CASE NO.: 16-10429-JKO
Case filed on: 01/12/2016

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $770.00 for months __1__ to __5__ ;
    B.   $939.70 for months __6__ to __60__ ; in order to pay the following creditors:

Administrative:    Attorney's Fee and Costs - $3,500.00 (Base Chapter 13 Fee & administrative costs)
                        $ 775.00 (fee for Motion to Value Real Property)
               Total Attorney's Fees -    $4,275.00
               Amount Paid-(Pre-petition) ($ __0.00__)
               Balance Due Though Plan $4,275.00 payable $700.00/month (Months __1__ to __4__ )
                                              payable $737.50/month (Months __5__ to __6__ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bank of America, N.A.          Payoff on Petition Date $19,125.68 (includes 5.875% interest)
Address: P.O. Box 15312          Payment $0.00/month (Months __1__ to __4__ )*
       Wilmington, DE 19850       Payment $116.77/month (Months __5__ to __6__ )
Account no.: 8319                  Payment $349.85/month (Months __7__ to __60__ )
*Debtor paid Creditor Bank of America, N.A. direct and outside the Plan for Months 1 to 4.

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3. NONE

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | __ To | |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

Unsecured Creditors: Pay $0.00/month (Months __1__ to __6__ )
                        Pay $504.42/month (Months __7__ to __60__ )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtor will pay the home equity line of credit payments on her homestead property located at 11900 Winged Foot Terrace in Coral Springs, FL 33071 to Bank Of America, N.A., (account no.: 4899), direct and outside of the Plan.

2. The Debtor will pay the homeowners association dues on her homestead property located at 11900 Winged Foot Terrace in Coral Springs, FL 33071 to Eagle Trace Community Association, Inc., (account no.: 0070), direct and outside of the Plan.

3. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 Case. In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.

LF-31(rev. 1/08/10)

4. (Lanning) On May 11, 2016 the Debtor's non-filing spouse ceased working at Wilen Press, LLC. He is currently unemployed. Accordingly, the new gross income on line 11 of the CMI test is **$9,166.67**. The new tax deduction on line 16 is **$1,451.14**. The telecommunication deduction on line 23 remains at **$255.00**. The new health insurance deduction on line 25 is **$127.69**. The new total adjustments on line 44 is **$8,712.70**. The new monthly disposable income on line 59 is now **$453.97**.

5. The Debtor will pay real property taxes and homeowners insurance on her homestead property located at 11900 Winged Foot Terrace in Coral Springs, FL 33071 direct and outside of the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: _____
Allyson Bratstein Ross

Date: 7/8/16

LF-31(rev. 1/08/10)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:  
CASE NO.: 16-10429-JKO  
CHAPTER 13

ALLYSON BRATSTEIN ROSS

Debtor
_____/

### CERTIFICATE OF SERVICE OF THE FOURTH AMENDED PLAN

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by first-class, U.S. mail or via the CM/ECF system of the United States Bankruptcy Court to the parties on the attached matrix, this 8th day of July, 2016.

**BARRY S. MITTELBERG, P.A.**
1700 N. University Drive, #300
Coral Springs, FL 33071
(954) 752-1213
(954) 752-5299 fax
Email: barry@mittelberglaw.com

By:  /s/ Barry S. Mittelberg
_____
Barry S. Mittelberg, Esq.
Florida Bar No.: 396567

I HEREBY CERTIFY that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910 (d) (1) & (2).

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 16-10429-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Jul  8 10:37:35 EDT 2016 | Bank of America, N.A.<br>c/o Michelle Garcia Gilbert<br>2005 Pan Am Circle, Suite 110<br>Tampa, FL 33607-2380 | Bank of America, N.A., its assignees and/or<br>c/o Prober & Raphael, A Law Corp.<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 |
| Eagle Trace Community Association, Inc.<br>Frank, Weinberg & Black, P.L.<br>c/o Michael R. Kassower, Esq<br>7805 SW 6th Court<br>Plantation, FL 33324-3203 | AT&T<br>POB 105503<br>Atlanta, GA 30348-5503 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Amex<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Amex<br>POB 981537<br>El Paso, TX 79998-1537 | Bank Of America<br>4909 Savarese Cir.<br>Tampa, FL 33634-2413 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P.O. Box 31785<br>Tampa FL 33631-3785 | Best Buy<br>POB 5238<br>Carol Stream, IL 60197-5238 |
| Bloomingdales<br>POB 8218<br>Mason, OH 45040-8218 | CACH, LLC<br>PO BOX 5980<br>DENVER, CO 80217-5980 | Cach LLC<br>Attention:  Bankruptcy Department<br>4340 South Monaco St., FL 2<br>Denver, CO 80237-3485 |
| Capital 1/Best Buy<br>1405 Foulk Road<br>Wilmington, DE 19803-2769 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One, N.A.<br>POB 30273<br>Salt Lake City, UT 84130-0273 | Chase Card<br>POB 15298<br>Wilmington, DE 19850-5298 | Citi<br>701 E. 60th St N.<br>Sioux Falls, SD 57104-0493 |
| Comenity Bank/Express<br>POB 182789<br>Columbus, OH 43218-2789 | Comenity Bank/New York & Co.<br>220 W. Schrock Rd.<br>Westerville, OH 43081-2873 | Comenity Bank/Victorias Secret<br>POB 182789<br>Columbus, OH 43218-2789 |
| Comenity Capital Bank<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Delbert Services<br>Rodney Square N 1100 N M<br>Wilmington, DE 18901 | Dept Of Education/Navient<br>POB 9635<br>Wilkes Barre, PA 18773-9635 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Diversified Consultant<br>POB 551268<br>Jacksonville, FL 32255-1268 |

| | | |
|---|---|---|
| Eagle Trace Community Association SA<br>1000 Eagle Trace Blvd., West<br>Coral Springs, FL 33071-7831 | Eagle Trace Community Association, Inc.<br>1000 Eagle Trace Blvd., West<br>Coral Springs, FL 33071-7831 | Hyundai Capital America<br>4000 Macarthur Blvd.<br>Newport Beach, CA 92660-2558 |
| IRS<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 | Infiniti Financial<br>POB 660360<br>Dallas, TX 75266-0360 | Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| Lexus Financial Service<br>12735 Morris Road Ext<br>Alpharetta, GA 30004-8904 | Macy's Visa<br>9111 Duke Blvd.<br>Mason, OH 45040-8999 | Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Main Street Acquistion Corp.<br>Assignee of Discover Bank<br>c/o Stanley B. Erskine, Esq.<br>1351 Sawgrass Corporate Parkway #10<br>Fort Lauderdale, FL 33323-2831 | Mb Financial Services<br>36455 Corporate Dr.<br>Farmington Hills, MI 48331-3552 | Navient Solutions, Inc. Department of Educat<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 |
| Nissan-Infiniti LT<br>PO Box 660366 Dallas  TX 75266-0366 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RR Donnelley & Sons Company<br>c/o Markowitz, Ringel, Trusty & Hartog,<br>9130 South Dadeland Blvd.<br>Two Datran Center, #1800<br>Miami, FL 33156 | Sears<br>POB 6189<br>Sioux Falls, SD 57117-6189 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 |
| Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Steven A. Weinberg, Esq.<br>Black Weinberg Black, P.L.<br>7805 SW 6 Ct.<br>Plantation, FL 33324-3203 |
| Syncb/Ashley Furniture<br>POB 965036<br>Orlando, FL 32896-5036 | Syncb/JCPenney<br>POB 965007<br>Orlando, FL 32896-5007 | Syncb/Lenscrafters<br>POB 965036<br>Orlando, FL 32896-5036 |
| Syncb/Lord & Taylor<br>POB 965015<br>Orlando, FL 32896-5015 | Syncb/Old Navy<br>POB 965005<br>Orlando, FL 32896-5005 | Vanguard Printing, LLC<br>c/o Steven J. Gutter, P.A.<br>21301 Powerline Rd., #100<br>Boca Raton, FL 33433-2389 |
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>c/o Brock & Scott, PLLC<br>1315 Westbrook Plaza Dr.<br>Winston Salem, NC 27103-1357 | Allyson Bratstein Ross<br>11900 Winged Foot Terr.<br>Coral Springs, FL 33071-7815 |

Barry S. Mittelberg
1700 N University Dr #300
Coral Springs, FL 33071-8970

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
1235 Old Alpharetta Rd.
Alpharetta, GA 30005

Bank of America
POB 982238
El Paso, TX 79998

Discover Financial Services
POB 15316
Wilmington, DE 19850

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Amex
9111 Duke Blvd.
Mason, OH 45040-8999

End of Label Matrix
Mailable recipients    61
Bypassed recipients     1
Total                  62